

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 16, 2021

By CM/ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
07/17/2021

    Re:    *Dadario v. Comm'r of Soc. Sec.*, 1:20-cv-10758-KPF-KHP

Dear Judge Parker:

This Office represents the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner denying Plaintiff's application for benefits. Pursuant to the Court's Order dated May 24, 2021 (CM/ECF No. 15), the Commissioner is to file a certified administrative record (CAR) by July 23, 2021. The undersigned respectfully requests a 60-day extension of this deadline to September 21, 2021, to file the CAR.

This is the Commissioner's second request for an extension of the deadline to file this CAR. The extension is necessary because teleworking and other temporary workplace changes since mid-March 2020 due to the COVID-19 pandemic continue to significantly impact the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affect its ability to prepare certified administrative records, including obtaining transcriptions of hearing recordings from private contractors (transcription vendors). *See generally* April 29, 2021 Declaration by Executive OAO Director Jebby Rasputnis (Decl.) (attached). Over the past year, OAO has redesigned its business process to allow for a virtual CAR preparation process, and has worked and continues to work to expand and improve this process, particularly in order to accommodate the increased number of new court cases. *See* Decl. ¶¶ 2-6. After months of piloting new processes, updating vendor agreements, and making staffing changes, OAO continues to work towards increasing its productivity of the transcriptions of the hearing recordings in several respects. *See* Decl. ¶ 2. First, it is providing transcription vendors with direct access to the hearing recordings. *See* Decl. ¶ 2. Second, OAO secured additional transcription vendor capacity, and is continuing to seek additional capacity. *See* Decl. ¶ 2. Third, OAO increased its own participation in the transcription process by establishing an in-house transcription cadre with updated technology, and working with agency closed captioners to assist with transcription. *See* Decl. ¶ 2. These changes have enabled OAO to increase its CAR production. For instance, OAO is averaging production of over 700 transcripts per week, which is almost double the number of transcripts it produced prior to the COVID-19 pandemic. *See* Decl. ¶ 3.

Although the current process has improved and CAR production has increased, challenges remain, particularly as a result of the significant increase in new court case filings.  *See* Decl. ¶¶ 4-6.  OAO respectfully requests continued patience as it works to add transcription capacity, increase production of CARs, and address rising court case filings.  Decl. ¶ 6.

We have conferred with Plaintiff's counsel regarding this application, and counsel advised that he consents to this request.

Thank you for Your Honor's consideration.

            Respectfully submitted,

            AUDREY STRAUSS
            United States Attorney

By: *Ariella Zoltan*
    Ariella Zoltan
    Special Assistant United States Attorney
    c/o Social Security Administration
    Office of General Counsel
    26 Federal Plaza, Room 3904
    New York, NY 10278
    Tel.: (212) 264-2217
    Fax:  (212) 264-6372
    ariella.zoltan@ssa.gov

cc: Daniel Berger, Esq.