UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT JAMES DADARIO,

        Plaintiff,

    -v. -

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

20 Civ. 10758 (KPF)

**ORDER**

KATHERINE POLK FAILA, District Judge:

    On February 28, 2022, the Court was informed of the death of Plaintiff Robert Dadario. (Dkt. #29). On March 1, 2022, Magistrate Judge Katharine H. Parker issued an Order stating that this matter would be dismissed pursuant to Federal Rule of Civil Procedure 25 unless a proper party filed a motion for substitution by May 30, 2022. (Dkt. #30). To date, no motion for substitution has been filed. Accordingly, the Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:    June 7, 2022
             New York, New York

                                                  KATHERINE POLK FAILLA
                                                United States District Judge